**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| TIMOTHY NICHOLS, an individual, | Case No. 1:24-CV-00802-NYW-NRN |
| Plaintiff, | |
| v. | |
| AT&T INC., a Delaware corporation; and AT&T MOBILITY LLC A/K/A AT&T WIRELESS, a Delaware limited liability company, | |
| Defendants. | |

**DECLARATION OF PAULA PHILLIPS IN SUPPORT OF DEFENDANT**
**AT&T INC.'S MOTION TO DISMISS COMPLAINT**

I, Paula Phillips, declare as follows:

1.      I am a U.S. citizen over the age of eighteen. If called upon to testify as a witness to the following statements, I could do so truthfully and competently based on my own personal knowledge and review of relevant AT&T records that I am familiar with through my AT&T employment and that are kept in the regular and ordinary course of AT&T's business.

2.      I am employed by AT&T Services, Inc. as a Litigation Manager. In that capacity I am familiar with AT&T Inc. and its corporate structure.   I made this Declaration in support of AT&T Inc.'s Motion to Dismiss Complaint for Lack of Personal Jurisdiction.

3.      Unless otherwise noted herein, all of the statements in this Declaration are based on my personal knowledge or upon information known to me in the regular

- 1 -

course of my duties. AT&T Inc. does not consent to personal jurisdiction in the State of Colorado or this judicial district, and I make this Declaration only as part of a special appearance in support of AT&T Inc.'s motion to dismiss on the grounds that AT&T Inc. is not subject to personal jurisdiction in this Court.

4.     AT&T Inc. was incorporated in Delaware in October 1983 under the name Southwestern Bell Corporation.  Since then, it has changed its name twice. In 1995 it changed its name to SBC Communications Inc. ("SBC"). The, after the 2005 acquisition of AT&T Corp., a New York Corporation, SBC changed its name to AT&T Inc. The acquired corporation, AT&T Corp., became a subsidiary of AT&T Inc. Throughout, AT&T Inc. has remained a Delaware Corporation, currently headquartered in Dallas, Texas.

5.     AT&T Inc. is a holding company. It was created as one of seven regional holding companies that were divested on January 1, 1984, by the American Telephone and Telegraph Company as part of a settlement of *United States v. Western Electric Company, Inc. et al.,* Civil Action No. 82-0192 (D.D.C.).

6.     As a holding company AT&T Inc. conducts no business with the public. AT&T Inc. does not own or maintain a telecommunications network. AT&T Inc. does not provide telecommunications services,  internet services, advertising services, or other services of any kind to the public.

7.     AT&T Inc. does not have any employees, sales representatives, or distributors, and produces nothing to sell or distribute.

8.     AT&T Inc. has officers and a board of directors, but AT&T Inc. has no employees in the State of Colorado or elsewhere.

9.      AT&T Inc. has no presence in the State of Colorado. AT&T Inc. has no office or mailing address in the State of Colorado, and it does not own, lease manage, or maintain any real property, office, residence, or place of business in the State of Colorado.

10.     AT&T Inc. is not an insurance company and has not insured any person, property or risk located in the State of Colorado.

11.     AT&T Inc. does not manufacture, provide, or place into the stream of commerce for the State of Colorado or elsewhere, any product of any kind or any service of any nature, including telecommunications or internet services.

12.     AT&T Inc. does not engage in any advertising business in the State of Colorado or elsewhere.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Executed on June ___, 2024 at Bedminster, New Jersey.

_____
Paula Phillips

- 3 -